**Kimberly LEE, on behalf of KJL, Plaintiff–Appellant,**

v.

**COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, Defendant–Appellee.**

**No. 15–2402.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 29, 2016.

Decided: May 18, 2016.

Kimberly Lee, Appellant Pro Se. Marshall Prince, II, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before WYNN and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kimberly Lee, on behalf of her minor daughter KJL, appeals the district court's order accepting the magistrate judge's recommendation and affirming the Commissioner's denial of supplemental security income (SSI).* We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. *Lee v. Comm'r of Soc. Sec. Admin.*, No. 5:14–cv–01356–JMC, 2015 WL 5703570 (D.S.C. Sept. 28, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

---

* Although we previously have recognized "that non-attorney parents generally may not litigate the claims of their minor children in federal court," *Myers v. Loudoun Cty. Pub. Sch.*, 418 F.3d 395, 401 (4th Cir.2005), we conclude that Lee is authorized ·to litigate KJL's claims in the circumstances presented by this appeal from the administrative denial of SSI benefits, *see Adams ex rel. D.J.W. v. Astrue*, 659 F.3d 1297, 1301 (10th Cir.2011); *Machadio v. Apfel*, 276 F.3d 103, 107 (2d Cir.2002); *Harris v. Apfel*, 209 F.3d 413, 417 (5th Cir.2000).